IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM M. JONES,**   PLAINTIFF
**ADC #133818**

v.   No. 4:12CV00705 JLH-BD

**DALE OWENS**   DEFENDANT

## ORDER

A Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

This case is DISMISSED without prejudice, this 11th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE